Form B1 (Official Form 1) (Rev. 4/10)

| United States Bankruptcy Court Central District of California | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle): **Ever, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **32-005872-04** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **3744 Fruitland Avenue Los Angeles, CA** ZIP CODE **90270** | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
**Limited Liability Company**

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter.*)

Check all applicable boxes
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Ever, LLC |

### Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X **Not Applicable** _____ Signature of Attorney for Debtor(s)        Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐     Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐     Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ever, LLC** | FORM B1, Page 3 |
| --- | --- | --- |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __Not Applicable__
  Signature of Debtor

X __Not Applicable__
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X __Not Applicable__
  (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney**

X _William C. Beall_
  Signature of Attorney for Debtor(s)

**William C. Beall**
Printed Name of Attorney for Debtor(s)

**Beall & Burkhardt**
Firm Name

**1114 State Street Suite 200**
Address

**Santa Barbara, CA 93101**

**805 966-6774**          **805 963-5988**
Telephone Number

**10/5/11**          **97100**
Date          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X __Not Applicable__

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

**Barry Perlman**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

_____
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **William C. Beall**<br>**Beall & Burkhardt**<br>**1114 State Street**<br>**Suite 200**<br>**Santa Barbara, CA 93101**<br>Phone: **805 966-6774**      Fax:  **805 963-5988**<br>California State Bar Number:  **97100**<br>☐ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Ever, LLC**<br><br><div align="right">Debtor.</div> | CASE NO.:<br><br>CHAPTER:  **11**<br><br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☑ Petition, statement of affairs, schedules or lists      Date Filed: **10/5/11**
☐ Amendments to petition, statement of affairs, schedules or lists      Date Filed: _____
☑ Other:  **Other initial filing documents**      Date Filed: **10/5/11**

**PART I – DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____      Date **10/5/2011**
*Signature of Authorized Signatory of Filing Party*

**Barry Perlman**
*Printed Name of Authorized Signatory of Filing Party*

**Member**
*Title of Authorized Signatory of Filing Party*

**PART II – DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_William C. Beall_ (signature)

10/5/11

Signature of Attorney for Filing Party                    Date

**William C. Beall**

_Printed Name of Attorney for Filing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_November 2006_

Form B1, Exhibit C - (9/01)                                                                  2001 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

### Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                                                  Case No.:

    **Ever, LLC**                                              Chapter:   **11**

              Debtor(s)

### Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**

# United States Bankruptcy Court
## Central District of California

In re:   Ever, LLC

Case No. _____
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

We, Barry Perlman and Karen Lacey, declare under penalty of perjury that Barry Perlman is a Member of Ever, LLC, a California Limited Liability Company, and that on October 3, 2011, the following resolution was duly adopted by the members of this Limited Liability Company.

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

Be it therefore resolved that Barry Perlman, Member of this Limited Liability Company, and Karen Lacey, Manager of this Limited Liability Company, or either of them, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be it further resolved that Barry Perlman, Member of this Limited Liability Company, and Karen Lacey, Manager of this Limited Liability Company, or either of them are authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

Be it further resolved that Barry Perlman, Member of this Limited Liability Company, and Karen Lacey, Manager of this Limited Liability Company, or either of them are authorized and directed to employ William C. Beall, attorney, and the law firm of Beall & Burkhardt, as well as Howard Kollitz, Esq., and the law firm of Danning, Gill, Diamond & Kollitz, LLP to represent the Limited Liability Company in such bankruptcy case."

Executed on _____        Signed: _____
                                                      Barry Perlman, Member

Executed on ___10/5/ 2011_____        Signed: _____
                                                      Karen Lacey, Manager

## United States Bankruptcy Court
## Central District of California

In re  **Ever, LLC**

Debtor.

Case No.

Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Ever, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and
7007.1 state as follows:

    **X**   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests
are listed below:

| Owner | % of Shares Owned |
| --- | --- |
| **Barry Perlman**<br>**3744 Fruitland Avenue**<br>**Los Angeles, CA 90270** | 22.33 |
| **Gene Montesano**<br>**3744 Fruitland Avenue**<br>**Los Angeles, CA 90270** | 32.48 |
| **Jason Bleick**<br>**3744 Fruitland Avenue**<br>**Los Angeles, CA 90270** | 15.00 |
| **Jim Argyropoulos**<br>**3744 Fruitland Avenue**<br>**Los Angeles, CA 90270** | 22.69 |
| **Trent Merrill**<br>**3744 Fruitland Avenue**<br>**Los Angeles, CA 90270** | 7.50 |

OR,

_____  There are no entities to report.

By: _____

**William C. Beall**
Signature of Attorney

Counsel for  **Ever, LLC**

Bar no.:  **97100**

Address.:  **Beall & Burkhardt**
**1114 State Street**
**Suite 200**
**Santa Barbara, CA 93101**

Telephone No.: **805 966-6774**

Fax No.:  **805 963-5988**

E-mail address:

**STATEMENT OF RELATED CASES**

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate, Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Santa Barbara                      , California.

Dated   10/5/11                                      Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 1015-2.1

Form B4 (Official Form 4) - (12/07)

2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:  **Ever, LLC**

Debtor(s).

CHAPTER:  **11**

CASE NO.:

## Form 4.
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Katleya Limited**<br>5/F, Yip Fat Factory Building<br>No. 7, Phase 1, Hoi Yuen Road<br>Kwun Tong, Kowloon<br>Hong Kong, China | **Katleya Limited**<br>86-852-2305-892<br>**Katleya Limited**<br>5/F, Yip Fat Factory Building<br>No. 7, Phase 1, Hoi Yuen Road<br>Kwun Tong, Kowloon<br>Hong Kong, China | | | $552,173.00 |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>800-973-0424<br>**Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | $378,514.81 |
| **Worldtex Enterprise, Inc.**<br>112 West 9th Street, $925<br>Los Angeles, CA 90015 | **Worldtex Enterprise, Inc.**<br>213-688-8308<br>**Worldtex Enterprise, Inc.**<br>112 West 9th Street, $925<br>Los Angeles, CA 90015 | | | $204,605.00 |
| **State of CA Employment Development**<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | **State of CA Emp. Development Dept**<br>800-480-3287<br>**State of CA Employment Development**<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | | | $130,645.00 |
| **State of CA Board of Equalization**<br>3321 Power Inn Road<br>Suite 210<br>Sacramento, CA 95826-3889 | **State of CA Board of Equalization**<br>916-227-6700<br>**State of CA Board of Equalization**<br>3321 Power Inn Road<br>Suite 210<br>Sacramento, CA 95826-3889 | | | $112,809.00 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:  **Ever, LLC** | CHAPTER: **11** |
|---|---|
| Debtor(s). | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Creative Production Resource 126 East Haley Street, #A-15 Santa Barbara, CA 93101 | Creative Production Resource 805-963-7193 Creative Production Resource 126 East Haley Street, #A-15 Santa Barbara, CA 93101 | | | $88,178.00 |
| Las Brisas del Mar c/o BDC Management, Inc. 5290 Overpass Road Santa Barbara, CA 93108 | BDC Management, Inc. 805-692-2500 Las Brisas del Mar c/o BDC Management, Inc. 5290 Overpass Road Santa Barbara, CA 93108 | | | $81,260.00 |
| Tag Trends 970 South Via Rodeo Placentia, CA 92870 | Tag Trends 714-524-9000 Tag Trends 970 South Via Rodeo Placentia, CA 92870 | | | $68,614.00 |
| Scrunch Inc. 116 Paradise Avenue Piermont, NY 10968 | | | | $65,297.00 |
| Briotti Company Limited 10th Floor, Ideal Center 320-322 Kwun Tong Road Kowloon, Hong Kong, China | Briotti Company Limited 86-234-242-713 Briotti Company Limited 10th Floor, Ideal Center 320-322 Kwun Tong Road Kowloon, Hong Kong, China | | | $39,354.00 |
| BBCA Contractors, Inc. 110 East 23rd Street Los Angeles, CA 90011 | BBCA Contractors, Inc. 213-765-9973 BBCA Contractors, Inc. 110 East 23rd Street Los Angeles, CA 90011 | | | $24,523.00 |

Form B4 (Official Form 4) - Continued (12/07)                                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: **Ever, LLC** | CHAPTER: **11** |
|---|---|
| Debtor(s). | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pixior<br>5901 South Eastern Avenue<br>Commerce, CA 90040 | Pixior<br>323-721-2221<br>Pixior<br>5901 South Eastern Avenue<br>Commerce, CA 90040 | Security Agreement | | $17,927.00<br><br>SECURED VALUE: |
| Il Molino<br>Via Il Strada<br>Fiesso D'artico, Italy | Il Molino<br>39-049-502-195<br>Il Molino<br>Via Il Strada<br>Fiesso D'artico, Italy | | | $15,412.00 |
| Uniform Knitters Limited<br>88-96 Texaco Road<br>2-3/F Symphone Industrial Building<br>Hong Kong, China | Uniform Knitters Limited<br>86-852-2408-6276<br>Uniform Knitters Limited<br>88-96 Texaco Road<br>2-3/F Symphone Industrial Building<br>Hong Kong, China | | | $12,070.00 |
| Andrew J. Cavanaugh<br>Law Offices of Andrew J. Cavanaugh<br>205 East Anapamu Street<br>Santa Barbara, CA 93101 | Andrew J. Cavanaugh<br>805-965-7014<br>Andrew J. Cavanaugh<br>Law Offices of Andrew J. Cavanaugh<br>205 East Anapamu Street<br>Santa Barbara, CA 93101 | | | $10,568.00 |
| The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | The Hartford<br>860-547-5000<br>The Hartford<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | | | $10,233.00 |
| Profilio di Marengo Bruno & C.S.nc<br>Via Fratelli Rosselli 11<br>Ang. Via G. Perotti 14<br>Carmangola, Italy, 10022 | Profilio di Marengo Bruno & C.S.nc<br>39-0-11-9715898<br>Profilio di Marengo Bruno & C.S.nc<br>Via Fratelli Rosselli 11<br>Ang. Via G. Perotti 14<br>Carmangola, Italy, 10022 | | | $8,919.00 |

Form B4 (Official Form 4) - Continued (12/07)                                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | Ever, LLC | CHAPTER: | 11 |
|---|---|---|---|
| | Debtor(s). | CASE NO.: | |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **United Parcel Service**<br>P.O. Box 650580<br>Dallas, TX 75265-0580 | **United Parcel Service**<br>800-742-5877<br>**United Parcel Service**<br>P.O. Box 650580<br>Dallas, TX 75265-0580 | | | $7,200.00 |
| **Jamilethe Shaw**<br>4726 Narrot Street<br>Torrance, CA 90503 | | | | $6,011.00 |
| **Panfame Shanghai Limited**<br>Block A, 3/F, Yanxing 12#<br>Shanghai, China 200060 | **Panfame Shanghai Limited**<br>86-32-6277-9272<br>**Panfame Shanghai Limited**<br>Block A, 3/F, Yanxing 12#<br>Shanghai, China 200060 | | | $5,870.00 |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, Barry Perlman Member of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Form B4 (Official Form 4) - Continued (12/07)

<div align="right">2007 USBC, Central District of California</div>

<div align="center">

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

</div>

In re:  **Ever, LLC**

Debtor(s).  | CHAPTER:   **11**
CASE NO.:

<div align="center">

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

</div>

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |

Date:  **10/5/2011**

Barry Perlman ,Member
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re:  **Ever, LLC**

Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Barry Perlman** 3744 Fruitland Avenue Los Angeles, CA 90270 | **Shares** | 22 | |
| **Gene Montesano** 3744 Fruitland Avenue Los Angeles, CA 90270 | **Shares** | 32 | |
| **Jason Bleick** 3744 Fruitland Avenue Los Angeles, CA 90270 | **Shares** | 15 | |
| **Jim Argyropoulos** 3744 Fruitland Avenue Los Angeles, CA 90270 | **Shares** | 23 | |
| **Trent Merrill** 3744 Fruitland Avenue Los Angeles, CA 90270 | **Shares** | 8 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Barry Perlman, Member of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  10/5/2011

Barry Perlman, Member, Ever, LLC
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1

| Party Name, Address, and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| **William C. Beall**<br>**Beall & Burkhardt**<br>**1114 State Street**<br>**Suite 200**<br>**Santa Barbara, CA 93101**<br><br>Phone: **805 966-6774**    Fax: **805 963-5988**<br>California State Bar Number: **97100**<br><br>*Attorney for* **Ever, LLC** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br><br>    **Ever, LLC**<br><br><br><br>                                        Debtor. | CHAPTER:                                    **11**<br><br>CASE NUMBER<br><br><br><br>        (No Hearing Required) |
|---|---|

**VENUE DISCLOSURE FORM**
**FOR PARTNERSHIPS FILING CHAPTER 11**
**(Required by General Order 97-02)**

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State (from Form LP1, LP5, or GP1):

   **3744 Fruitland Avenue**
   **Los Angeles, CA 90270**

2. Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:

   **3744 Fruitland Avenue**
   **Los Angeles, CA 90270**

3. Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):

   **3744 Fruitland Avenue**
   **Los Angeles, CA 90270**

4. Disclose the current business address(es) where the Debtor's books and records are located:

   **3744 Fruitland Avenue**
   **Los Angeles, CA 90270**

Venue Disclosure Form for Partnerships Filing Chapter 11- Page Two (2)

VEN-P

| In re    Ever, LLC | CHAPTER: | 11 |
|---|---|---|
| Debtor. | CASE NO.: | |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor 's most recent balance sheet:

   **3744 Fruitland Avenue**
   **Los Angeles, CA 90270**

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.  State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the Debtor (specify):

   **Barry Perlman**
   **3744 Fruitland Avenue**
   **Los Angeles, CA 90270**
   **Member & Shareholder**

8.  Total number of attached pages of supporting documentation:    _____

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the  5ᵗʰ  day of  October , 20 11 , at  Santa Barbara , California.

Barry Perlman

Type Name of General Partner  LLC Member                    Signature of Declarant

                                                              Member

                                                              Title of Declarant (if any)

Form B6 - Summary (12/07)                                                                2007 USBC, Central District of California

# United States Bankruptcy Court

## Central District of California

| In re **Ever, LLC** | Case No.: | |
|---|---|---|
| Debtor. | | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | YES | 1 | $       0.00 | | |
| B - | Personal Property | YES | 3 | $   2,618,274.14 | | |
| C - | Property Claimed as Exempt | NO | | | | |
| D - | Creditors Holding Secured Claims | YES | 2 | | $       480,445.67 | |
| E - | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 10 | | $       676,427.13 | |
| F - | Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $     1,329,681.00 | |
| G - | Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - | Codebtors | YES | 1 | | | |
| I - | Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - | Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| | TOTAL | | 34 | $   2,618,274.14 | $     2,486,553.80 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re **Ever, LLC** | CHAPTER: **11** |
| Debtor. | CASE NO.: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 623,426.81 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 623,426.81 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 676,427.13 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 1,329,681.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,329,681.00 |

Form B6A - (12/07)                                    2007 USBC, Central District of California

| In re | Ever, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re **Ever, LLC** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | | **5,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **American Business Bank Business Checking Account (four accounts)** | | **10,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Form B6B - (12/07)  2007 USBC, Central District of California

| In re | **Ever, LLC** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.Accounts receivable. | | **Accounts Receivable** | | **249,746.00** |
| Accounts receivable. | | **Accounts Receivable (eligible)** | | **65,049.14** |
| 17.Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.Boats, motors, and accessories. | X | | | |
| 27.Aircraft and accessories. | X | | | |
| 28.Office equipment, furnishings, and supplies. | X | | | |
| 29.Machinery, fixtures, equipment and supplies used in business. | | **Audio/Visual Equipment** | | **123,589.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **Business Furniture and Fixtures** | | **162,801.00** |

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re   **Ever, LLC** | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29 Machinery, fixtures, equipment and supplies used in business. | | **Computer Equipment and Software** | | **152,089.00** |
| 30 Inventory. | | **Inventory (at Retail Outlets)** | | **400,000.00** |
| Inventory. | | **Inventory (work in process)** | | **100,000.00** |
| Inventory. | | **Inventory of fabric (at cost)** | | **600,000.00** |
| Inventory. | | **Inventory of finished goods (at Pixior)** | | **600,000.00** |
| Inventory. | | **Inventory of zippers, etc. (at cost)** | | **150,000.00** |
| 31 Animals. | X | | | |
| 32 Crops - growing or harvested. Give particulars. | X | | | |
| 33 Farming equipment and implements. | X | | | |
| 34 Farm supplies, chemicals, and feed. | X | | | |
| 35 Other personal property of any kind not already listed. Itemize. | X | | | |

_2_   continuation sheets attached

**$2,618,274.14**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6D - (12/07)

2007 USBC, Central District of California

| In re | Ever, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.    33121 | X | | | | | | 437,960.60 | 0.00 |
| American Business Bank 523 West 6th Street Los Angeles, CA 90014  American Business Bank c/o Silvia Majoram 523 W. 6th Street, 9th Floor Los Angeles, CA 90014 | | | Business Loan- Security Agreement Accounts Receivable Accounts Receivable (eligible) Audio/Visual Equipment Business Furniture and Fixtures Computer Equipment and Software Inventory (at Retail Outlets) Inventory of finished goods (at Pixior) Inventory (work in process) Inventory of fabric (at cost) Inventory of zippers, etc. (at cost) | | | | | |

<u>1</u> continuation sheets attached

| | | | | |
|---|---|---|---|---|
| | Subtotal (Total of this page) | $ | 437,960.60 | $ | 0.00 |
| | Total (Use only on last page) | $ | | $ | |

(Report total also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (12/07)                                                2007 USBC, Central District of California

| In re | Ever, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Value $2,615,466.00 | | | | | |
| Last four digits of ACCOUNT NO.<br>**Hilldun**<br>**110 East 9th Street, Suite A1168**<br>**Los Angeles, CA 90079** | | | **Security Agreement**<br>**Accounts Receivable (eligible)**<br><br>Value $77,240.73 | | | | 18,485.07 | 0.00 |
| Last four digits of ACCOUNT NO.<br>**Pixior**<br>**5901 South Eastern Avenue**<br>**Commerce, CA 90040** | | | **Security Agreement**<br>**Inventory of finished goods (at Pixior)**<br><br>Value $600,000.00 | | | | 24,000.00 | 0.00 |

Sheet no. 1 of 1 continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | | |
|---|---|---|
| Subtotal(s)<br>(Total(s) of this page) | $    480,445.67 | $    0.00 |
| Total(s)<br>(Use only on last page) | $    480,445.67 | $    0.00 |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6E- (Rev. 04/10)                                                                                    2010 USBC, Central District of California

| In re | Ever, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Form B6E- (Rev. 04/10)                                        2010 USBC, Central District of California

| In re | **Ever, LLC** | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

❑ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑ **Deposits by individuals:** Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑ **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>8</u>  **continuation sheets attached**

Form B6E- (Rev. 04/10)

2010 USBC, Central District of California

| In re   Ever, LLC | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries, and Commissions

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Akul Dang**<br>**2450 Valentine Street**<br>**Los Angeles, CA 90026** | | | 09/30/2011<br>**Wages** | | | | 344.07 | 344.07 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Alexandra Papilon**<br>**491 Calle Amigo**<br>**San Clemente, CA 92673** | | | 09/30/2011<br>**Wages** | | | | 330.11 | 330.11 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Allan Burdine**<br>**1592 San Bernadino Place**<br>**Costa Mesa, CA 92627** | | | 09/30/2011<br>**Wages** | | | | 2,874.00 | 2,874.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Andrea Zepeda**<br>**15338 Gundry Avenue, Apartment 105**<br>**Paramount, CA 90723-3988** | | | 09/30/2011<br>**Wages** | | | | 915.00 | 915.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Ashley Juliano**<br>**7024 Encinita Avenue**<br>**San Gabriel, CA 91775** | | | 09/30/2011<br>**Wages** | | | | 1,172.50 | 1,172.50 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Ashley Tammietti**<br>**21 E. Anapamu Street, Apartment 8**<br>**Santa Barbara, CA 93101** | | | 09/30/2011<br>**Wages** | | | | 1,951.00 | 1,951.00 | $0.00 |

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▸<br>(Totals of this page) | $ 7,586.68 | $ 7,586.68 | $ 0.00 |
| Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▸<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Form B6E- (Rev. 04/10)

2010 USBC, Central District of California

| In re | Ever, LLC | Case No.: | |
|---|---|---|---|
| | | Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries, and Commissions**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **Blanca De La Isla 1970 South Beverly Glen Boulevard #4 Los Angeles, CA 90025** | | | 09/30/2011 **Wages** | | | | 1,923.00 | 1,923.00 | $0.00 |
| Last four digits of ACCOUNT NO. **Diana Coulson 7062 Valentine Drive Huntington Beach, CA 92649** | | | 09/30/2011 **Wages** | | | | 522.24 | 522.24 | $0.00 |
| Last four digits of ACCOUNT NO. **Edu A. Hernandez 6632 Priam Drive Bell Gardens, CA 90201** | | | 09/30/2011 **Wages** | | | | 1,857.25 | 1,857.25 | $0.00 |
| Last four digits of ACCOUNT NO. **Elizabeth Kotake 1220 W. 28th Street Apartment 16 Los Angeles, CA 90007** | | | 09/30/2011 **Wages** | | | | 113.00 | 113.00 | $0.00 |
| Last four digits of ACCOUNT NO. **Eric Jones 2605 Laurel Canyon Los Angeles, CA 90046** | | | 09/30/2011 **Wages** | | | | 828.80 | 828.80 | $0.00 |
| Last four digits of ACCOUNT NO. **Eric M. Weller 1601 W. Macarthur, Apartment 18J Santa Ana, CA 92704** | | | 09/30/2011 **Wages** | | | | 248.08 | 248.08 | $0.00 |

Sheet no. 2 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) | $ 5,492.37 | $ 5,492.37 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

Form B6E- (Rev. 04/10)                                                    2010 USBC, Central District of California

| In re | Ever, LLC | | Case No.: | |
|-------|-----------|---|-----------|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, Salaries, and Commissions**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**Fortino Garcia**<br>**629 W. 52nd Place**<br>**Los Angeles, CA 90037** | | | 09/30/2011<br>**Wages** | | | | 1,004.25 | 1,004.25 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Gilberto Gregorio**<br>**6151 Harding Avenue**<br>**South Gate, CA 90280** | | | 09/30/2011<br>**Wages** | | | | 1,335.00 | 1,335.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Hannah Reyer**<br>**900 E. 1st Street, #301**<br>**Los Angeles, CA 90012** | | | 09/30/2011<br>**Wages** | | | | 1,042.00 | 1,042.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Jacquelyn Bettencourt**<br>**1 Wild Goose Court**<br>**Newport Beach, CA 92663** | | | 09/30/2011<br>**Wages** | | | | 3,196.00 | 3,196.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Jamilethe Shaw**<br>**4726 Narrot Street**<br>**Torrance, CA 90503** | | | 09/30/2011<br>**Wages** | | | | 4,375.00 | 4,375.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>**Janine C. Humphries**<br>**2674 Elden Avenue**<br>**Costa Mesa, CA 92627** | | | 09/30/2011<br>**Wages** | | | | 1,891.00 | 1,891.00 | $0.00 |

Sheet no. 3 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals
(Totals of this page)

| $ 12,843.25 | $ 12,843.25 | $ 0.00 |
|---|---|---|

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |
|---|---|---|

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ | $ |
|---|---|---|

Form B6E- (Rev. 04/10)

| In re | Ever, LLC | Debtor. | Case No.: | (If known) |
|---|---|---|---|---|

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries, and Commissions**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Jessica Stevens** <br> **480 Por La Mar Avenue** <br> **Santa Barbara, CA 93103-4342** | | | 09/30/2011 <br> **Wages** | | | | 535.00 | 535.00 | $0.00 |
| Last four digits of ACCOUNT NO. <br> **Jorge Pinto** <br> **6151 Harding** <br> **South Gate, CA 90280** | | | 09/30/2011 <br> **Wages** | | | | 116.25 | 116.25 | $0.00 |
| Last four digits of ACCOUNT NO. <br> **Karen Hsu** <br> **750 Garland Avenue, #402** <br> **Los Angeles, CA 90017** | | | 09/30/2011 <br> **Wages** | | | | 408.00 | 408.00 | $0.00 |
| Last four digits of ACCOUNT NO. <br> **Katherine C. Raines** <br> **947 1/2 N. Vendome Street** <br> **Los Angeles, CA 90026** | | | 09/30/2011 <br> **Wages** | | | | 779.50 | 779.50 | $0.00 |
| Last four digits of ACCOUNT NO. <br> **Lauren Hook** <br> **1145 Coast Village Road** <br> **Santa Barbara, CA 93108** | | | 09/30/2011 <br> **Wages** | | | | 1,254.50 | 1,254.50 | $0.00 |
| Last four digits of ACCOUNT NO. <br> **Lauren T. Gilford** <br> **7 Via Zamora Street** <br> **San Clemente, CA 92673** | | | 09/30/2011 <br> **Wages** | | | | 658.80 | 658.80 | $0.00 |

Sheet no. 4 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)  $ 3,752.05   $ 3,752.05   $ 0.00

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $   $

Form B6E- (Rev. 04/10)

2010 USBC, Central District of California

| In re | Ever, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries, and Commissions**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> **Leah S. Russel** <br> **715 S. Normandie Avenue, #250** <br> **Los Angeles, CA 90005** | | | **09/30/2011** <br> **Wages** | | | | **1,882.00** | **1,882.00** | **$0.00** |
| Last four digits of ACCOUNT NO. <br><br> **Maria Ontiveros** <br> **2619 Wilshire Boulevard, #302** <br> **Los Angeles, CA 90057** | | | **09/30/2011** <br> **Wages** | | | | **1,140.70** | **1,140.70** | **$0.00** |
| Last four digits of ACCOUNT NO. <br><br> **Martha James** <br> **8985 Bryson Avenue, Apartment C** <br> **South Gate, CA 90280** | | | **09/30/2011** <br> **Wages** | | | | **1,692.00** | **1,692.00** | **$0.00** |
| Last four digits of ACCOUNT NO. <br><br> **Melanie Reichert** <br> **303 East Mayfair Avenue** <br> **Orange, CA 92867** | | | **09/30/2011** <br> **Wages** | | | | **449.50** | **449.50** | **$0.00** |
| Last four digits of ACCOUNT NO. <br><br> **Mintee S. Kalra** <br> **6910 Woodrow Wilson Drive** <br> **Los Angeles, CA 90068** | | | **09/30/2011** <br> **Wages** | | | | **5,416.60** | **5,416.60** | **$0.00** |
| Last four digits of ACCOUNT NO. <br><br> **Nicolas Reyes** <br> **8581 Airdrome Street** <br> **Los Angeles, CA 90035** | | | **09/30/2011** <br> **Wages** | | | | **1,041.67** | **1,041.67** | **$0.00** |

Sheet no. 5 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals⌐
(Totals of this page)

| | | |
|---|---|---|
| $ **11,622.47** | $ **11,622.47** | $ **0.00** |
| Total ⌐ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) <br> $ | | |
| Total ⌐ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ |

Form B6E- (Rev. 04/10)

2010 USBC, Central District of California

| In re | Ever, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, Salaries, and Commissions**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Nicole K. Collins<br>2219 4th Street, #2<br>Santa Monica, CA 90405 | | | 09/30/2011<br>Wages | | | | 1,750.00 | 1,750.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>Noria Kudo<br>3403 Emerald Street<br>Torrance, CA 90503 | | | 09/30/2011<br>Wages | | | | 496.00 | 496.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>Olivia Phan<br>2432 Zenith Avenue<br>Newport Beach, CA 92660 | | | 09/30/2011<br>Wages | | | | 470.50 | 470.50 | $0.00 |
| Last four digits of ACCOUNT NO.<br>Paul Saye<br>2076 1/2 Glencoe Way<br>Los Angeles, CA 90068 | | | 09/30/2011<br>Wages | | | | 4,583.00 | 4,583.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>Pedro Riscaiche<br>1657 W. Gage Street<br>Los Angeles, CA 90047 | | | 09/30/2011<br>Wages | | | | 1,904.00 | 1,904.00 | $0.00 |
| Last four digits of ACCOUNT NO.<br>Trent K. Sewell<br>6316 W. Olympic Bouevard, #12<br>Los Angeles, CA 90048 | | | 09/30/2011<br>Wages | | | | 820.00 | 820.00 | $0.00 |

Sheet no. 6 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals
(Totals of this page)

| $ | 10,023.50 | $ | 10,023.50 | $ | 0.00 |
|---|---|---|---|---|---|

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | | | | |
|---|---|---|---|---|---|

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | | $ | | $ | |
|---|---|---|---|---|---|

Form B6E- (Rev. 04/10)                                                      2010 USBC, Central District of California

| In re | Ever, LLC | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, Salaries, and Commissions
### Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>**Veronica Jimenez**<br>**2425 1/2 Flower Street**<br>**Huntington Park, CA 90255** | | | **09/30/2011**<br>**Wages** | | | | **1,680.00** | **1,680.00** | **$0.00** |

Sheet no. <u>7</u> of <u>8</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ⌐
(Totals of this page)

| $ **1,680.00** | $ **1,680.00** | $ **0.00** |
|---|---|---|

Total ⌐
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |
|---|---|---|

Total ⌐
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ | $ |
|---|---|---|

Form B6E- (Rev. 04/10)                                                    2010 USBC, Central District of California

| In re | Ever, LLC | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units
### Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  32-005872-04 **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 **Internal Revenue Service** E Mejia 611 W. 6th Street, 4th Floor Group 19, Mail Stop 5501 Los Angeles, CA 90017-3127 **American Business Bank** 523 W. 6th Street Suite 900 Los Angeles, CA 90014 | | | 12/31/2010 Taxes for 2010 | | | | 378,514.81 | 378,514.81 | $0.00 |
| Last four digits of ACCOUNT NO. **Marie Hamm** 10965 Bluffside Drive, #271 Studio City, CA 91604 | | | 09/30/2011 Wages | | | | 1,458.00 | 1,458.00 | $0.00 |
| Last four digits of ACCOUNT NO.  32-005872-04 **State of CA Board of Equalization** 3321 Power Inn Road Suite 210 Sacramento, CA 95826-3889 | | | 12/31/2010 Taxes for 2010 | | | | 112,809.00 | 112,809.00 | $0.00 |
| Last four digits of ACCOUNT NO.  32-005872-04 **State of CA Employment Development** Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | | | 12/31/2010 Employment Taxes for 2010 | | | | 130,645.00 | 130,645.00 | $0.00 |

Sheet no. 8 of 8 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)   $ 623,426.81 | $ 623,426.81 | $ 0.00

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 676,427.13

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 676,427.13 | $ 0.00